

NUMBER 13-08-00540-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

RIVER RIDGE NURSING CENTER IN ITS
ASSUMED OR COMMON NAME,  ET AL.,                              Appellants,

v.

GAYLYNNE NEMEC, INDIVIDUALLY,
AS REPRESENTATIVE OF THE ESTATE
OF CATHERINE PARKER, AS WRONGFUL
DEATH BENEFICIARY OF CATHERINE
PARKER, ET AL.,                                             Appellees.

On appeal from the 214th District Court
of Nueces County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam

Appellants, River Ridge Nursing Center in its assumed or common name, et. al., perfected an appeal from a judgment entered by the 214th District Court of Nueces County, Texas, in cause number 07-4563-F. Appellants have filed a motion to dismiss the appeal on grounds that it no longer desires to prosecute their suit against appellees. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
this the 15th day of January, 2009.